IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHOSEN LEE,**
    *Plaintiff*,

v.

**BAY, LLC, et al.,**
    *Defendants*.

Case No. 2:21-cv-05088-JDW

## ORDER

**AND NOW**, this 13th day of February, 2023, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 28), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** with respect to all claims against Cure Pennsylvania, LLC;

2. Defendants' Motion is **GRANTED** with respect to Plaintiff's claims arising under the Philadelphia Fair Practices Ordinance, as set forth in Count IV of the First Amended Complaint; and

3. The Motion is **DENIED** in all other respects.

**FOR THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.